IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW SPAETH, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | NO. 3:24-cv-01205 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| CENSIS TECHNOLOGIES, INC. ) ) | |
| Defendant. ) | |

## ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. No. 17), this case is hereby **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE